433 A.2d 109

Commonwealth v. Chaney, Appellant.

Submitted March 21, 1980. Frank R. Cori, Public Defender, for appellant; Richard D. Russell, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.